UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RANDALL B. HOFLAND, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:09-cv-00172-JAW |
| RICHARD LAHAYE, et al., | ) ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 8, 2012, the Recommended Decision is accepted.

Accordingly, as the case is currently on appeal, the Court is without jurisdiction to entertain the motion absent extraordinary circumstances, none of which exists in this case. As the Motion to Vacate Judgment of Dismissal is in any event patently frivolous, the Court directs the Clerk not to docket the motion because it violates the Court's January 12, 2012 Order, imposing filing restrictions on Mr. Hofland.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 19th day of July, 2012